

# U. S. Department of Justice

**Michael F. Easley, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

*U.S. Attorney's Office*  
*150 Fayetteville Street*  
*Suite 2100*  
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*  
*Criminal FAX (919) 856-4487*  
*Civil FAX (919) 856-4821*  
*www.usdoj.gov/usao/nce*

DATE: October 1, 2024

TO: PETER A. MOORE  
Clerk of Court  
United States District Court  
Eastern District of North Carolina  
Raleigh, North Carolina

REPLY TO: MICHAEL F. EASLEY, JR.  
United States Attorney

ATTN OF: Kelly L. Sandling *KLS*  
Assistant United States Attorney

SUBJECT:
| | |
|---|---|
| United States v. Vidaul Rashaad Reed, | No. 5:24-CR-289-1 |
| United States v. Anthony Edward Cheever, | No. 5:24-CR-289-2 |
| United States v. David William Stephens, | No. 5:24-CR-289-3 |
| United States v. Martinus Jermaine Starks, | No. 5:24-CR-289-4 |
| United States v. Tyler Scott Grissom, | No. 5:24-CR-289-5 |
| United States v. Christopher Dylan Manor, | No. 5:24-CR-289-6 |
| United States v. Robert Scott Brown, | No. 5:24-CR-289-7 |
| United States v. Fred Joseph Prosperi, | No. 5:24-CR-289-8 |
| United States v. Jason Lee Hathaway, | No. 5:24-CR-289-9 |
| United States v. William Scott Gardner, | No. 5:24-CR-289-10 |
| United States v. Terry Lewis Akins, Jr., | No. 5:24-CR-289-11 |
| United States v. J.R. Nevarez Darr, | No. 5:24-CR-289-12 |
| United States v. Darrell Dewayne Strickland Jr. | No. 5:24-CR-289-13 |
| United States v. William Franklin Beasley, | No. 5:24CR289-14 |
| United States v. David Lee Woodall, | No. 5:24CR289-15 |
| United States v. Jonathan Michael Robarge | No. 5:24CR289-16 |

**Western Division**

Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service    US Probation Office