IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cr-00289-M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VIDAUL RASHAAD REED, et al.,<br><br>    Defendants. | ORDER |

This matter comes before the court on the United States' Motion to Extend CDA Discovery Production Deadline [DE 345]. For good cause shown, the motion is GRANTED as follows.

On April 21, 2025, the court granted the Defendants' motion for the appointment of a Coordinating Discovery Attorney ("CDA"). DE 330, 331. The court ordered the United States to produce to the CDA any common discovery already produced within fourteen days of its order and to produce any additional global discovery directly to the CDA. DE 331.

As described in the present motion, the court recognizes the length of time necessary for the government to copy approximately three to five terabytes of data and ensure that the data is accessible to the CDA. The United States shall provide global discovery to the CDA no later than May 16, 2025.

SO ORDERED this 7th day of May, 2025.

_Richard E. Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE